In the Matter of the Accounting of ANNIE L. ALTZ, as Executrix of FRANK ALTZ, Deceased, Respondent. ARNOLD KRIMONT, Appellant.

Submitted October 4, 1949; decided October 5, 1949.

*Robert E. Dempsey* for motion.
*Murray A. Harris* for appellant.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless the appeal is ready for argument at the November, 1949, session.